STATE OF NEW JERSEY v. VINCENT CANNARA.

February 25, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH E. HIGGINS.

February 25, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK SCHNEIDER.

February 25, 1975. Petition for certification denied.

EVELYN DRESNER v. MICHAEL R. CARRARA.

February 25, 1975. Petition for certification granted.

FRANKLIN D. HUNTER v.
A. C. DEVELOPMENT CORPORATION.

February 25, 1975. Petition for certification denied.

BOARD OF EDUCATION OF THE BOROUGH OF MANA-
SQUAN v. THE STATE OF N. J. DEPARTMENT OF
TRANSPORTATION.

February 25, 1975. Petition for certification granted.